# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| LARRY SKOGEN and JACE SKOGEN,<br><br>Plaintiffs,<br>vs.<br><br>DAVID KOSOLA and AUSTIN HECKER,<br><br>Defendants. | Cause No.: CV-16-50-H-JTJ<br><br>Judge: John T. Johnston<br><br>**ORDER OF DISMISSAL** |

Based upon the Joint Stipulation for Dismissal filed by Plaintiffs Larry Skogen and Jace Skogen and Defendants David Kosola and Austin Hecker, the Court finds good cause for the following Order.

IT IS HEREBY ORDERED that the Complaint in this matter is DISMISSED WITH PREJUDICE, and that Plaintiffs and Defendants each bear their own attorneys' fees and costs incurred in this matter.

DATED this 2nd day of January, 2019.

_____
John Johnston
United States Magistrate Judge